Peter DeMUSIS et al.

v.

**MEMBER OF the ZONING BOARD OF REVIEW TOWN OF NEW SHOREHAM.**

No. 84–378–M.P.

Supreme Court of Rhode Island.

Nov. 21, 1984.

Joseph V. Cavanagh, Providence, for petitioners.

William J. Gallogly, Westerly, for respondent.

ORDER

The petition for writ of certiorari is denied.

Mary JOHNSON et al.

v.

**STATE.**

No. 84–379–M.P.

Supreme Court of Rhode Island.

Nov. 21, 1984.

Stephen M. Rappoport, Steven J. Hirsch, East Providence, for petitioners.

Dennis J. Roberts II, Atty. Gen., Richard B. Woolley, Sp. Asst. Atty. Gen., for respondent.

ORDER

The petition for writ of certiorari is denied.

Dominik B. MELKI

v.

**BROWN & SHARPE MFG., CO.**

No. 84–401–M.P.

Supreme Court of Rhode Island.

Nov. 21, 1984.

Vincent J. Chisholm, Howard L. Feldman, Providence, for petitioner.

George F. Healey, Jr., Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

Janice MERCIER

v.

**EVERGREEN NURSING HOME, INC. et al.**

No. 84–436–M.P.

Supreme Court of Rhode Island.

Nov. 21, 1984.

Amy R. Tabor, Pawtucket, for petitioner.

Joshua Teverow, Providence, for respondents.

## ORDER

The petition for writ of certiorari is denied.

■

**Ralph W. PRATT**

v.

**SYENERGY METHODS, INC.**

No. 84–526–M.P.

Supreme Court of Rhode Island.

Nov. 21, 1984.

Raul L. Lovett, Providence, for petitioner.

Robert J. Dumouchel, Providence, for respondent.

## ORDER

The petition for writ of certiorari is denied.

■

**STATE**

v.

**John J. TAVONE.**

No. 82–62–C.A.

Supreme Court of Rhode Island.

Nov. 21, 1984.

Dennis J. Roberts II, Atty. Gen., Margaret R. Levy, Sp. Asst. Atty. Gen., for petitioner.

John F. Sheehan, Providence, for respondent.

## ORDER

The petition to reargue is denied.

■

**The BACHMAN COMPANY**

v.

**John H. NORBERG, Tax Administrator.**

No. 84–427–M.P.

Supreme Court of Rhode Island.

Dec. 13, 1984.

Carol E. Najarian, Providence, for petitioner.

Perry Shatkin, Chief Legal Office, Div. of Taxation, Dennis J. Roberts II, Atty. Gen., Donald G. Elbert, Jr., Asst. Atty. Gen., Providence, for respondent.

## ORDER

The petition for writ of certiorari is denied.

■

**Richard T. CHADWELL**

v.

**R.I. BOARD OF ELECTIONS.**

No. 84–397–M.P.

Supreme Court of Rhode Island.

Dec. 13, 1984.

Lawrence L. Goldberg, Pawtucket, for petitioner.